**Fenwick**

**FENWICK & WEST LLP**

902 BROADWAY, SUITE 14  NEW YORK, NY 10010-6035
TEL 212.430.2600  WWW.FENWICK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/10/2019__

June 7, 2019

KEVIN X. MCGANN

EMAIL KMCGANN@FENWICK.COM
Direct Dial 212-430-2745

**VIA ECF AND EMAIL (torres_nysdchambers@nysd.uscourts.gov)**

Honorable Analisa Torres
United States District Court Judge
USDC, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 15D
New York, New York 10007

> Re:  *Yesh Music, LLC et al. v. SoundHound, Inc.*, Docket No. 1:19-cv-04299-AT
> Request to Extend Defendant SoundHound's Time to Answer, Move, or
> Respond to the Complaint and Adjourn Initial Pretrial Conference

Dear Judge Torres:

Fenwick & West LLP is counsel for Defendant SoundHound, Inc. ("SoundHound"). I write for the limited purpose of requesting a 45-day extension of time, up to an including July 26, 2019, for SoundHound to answer, move, or otherwise respond to Plaintiffs' complaint in this action (the "Complaint") and an adjournment of the Initial Pretrial Conference currently scheduled for July 10, 2019.

Pursuant to the Court's Individual Practice Rule I(C), SoundHound sets forth the following in support of this request.

(1) SoundHound was served on May 21, 2019 and its original date to answer, move, or otherwise respond to the Complaint is currently Tuesday, June 11, 2019. The Court has set an initial pretrial conference for July 10, 2019.

(2) SoundHound requests this extension to evaluate the twenty-four (24) page complaint, select counsel for this case (at present the undersigned counsel has only been requested to make a limited appearance for purposes of this request for an extension), and evaluate and prepare an appropriate response, motion or answer.

(3) SoundHound has not made any prior requests for any extensions.

(4) No prior extension requests were made; thus, no prior requests were denied.

(5) SoundHound's Director of Legal, Warren Heit, has made several attempts to contact Plaintiffs' counsel, including by telephone on June 5, 2019 (leaving a

Honorable Analisa Torres
June 7, 2019
Page 2

voicemail message) and by email again today. Plaintiffs' counsel has not responded to indicate either consent or opposition to this request.

If the requested extension is granted, SoundHound's new date to answer, move, or otherwise respond to the Complaint will be July 26, 2019. According to the docket, the Court has currently set an initial pretrial conference for July 10, 2019, which SoundHound respectfully requests to be adjourned until after such time as SoundHound has answered, moved or otherwise responded to the Complaint.

In light of the early stage of the case, no prejudice will accrue to plaintiffs as a result of the requested extension.

Based on the foregoing, SoundHound respectfully requests the Court extend its date to answer, move, or otherwise respond to the Complaint up to and including July 26, 2019 and adjourn the initial pretrial conference.

Sincerely,

FENWICK & WEST LLP

*/s/ Kevin X. McGann*
Kevin X. McGann (KM 9420)

KXM/eam

---

GRANTED in part, DENIED in part. By **July 3, 2019**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference shall proceed as scheduled.

SO ORDERED.

Dated: June 10, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge